No. **CR 07 00543**  RMW

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

FILED
2007 AUG 15 P 3: 17
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

### THE UNITED STATES OF AMERICA
*vs.*
### ALFONSO GUTIERREZ

## INDICTMENT

**COUNTS ONE AND TWO**:     Title 26, U.S.C. § 5861(d) - Possession of an Unregistered Firearm

*A true bill.*

_____
*Foreperson*

Filed in open court this 15 day of August

A.D. 2007

_____
*United States Magistrate Judge*

Bail. $ No bail arrest warrant

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED

2007 AUG 15 P 3: 17

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALFONSO GUTIERREZ,<br>Defendant. | No. CR 07 00543 RMW<br><br>VIOLATION: 26 U.S.C. § 5861(d) –<br>Possession of an Unregistered Firearm<br><br>SAN JOSE VENUE |

### INDICTMENT

The Grand Jury charges:

COUNT ONE:    (26 U.S.C. § 5861(d) - Possession of an Unregistered Firearm)

On or about February 8, 2007, in the Northern District of California, the defendant,

ALFONSO GUTIERREZ,

did knowingly possess a firearm, as defined in Title 26, United States Code, Section 5845(a), to wit, a Remington model 870, 12 gauge shotgun, serial number 333514V, modified so as to have a barrel of less than 18 inches in length, which firearm was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

INDICTMENT

1 | COUNT TWO:   (26 U.S.C. § 5861(d) - Possession of an Unregistered Firearm)

2 | On or about February 8, 2007, in the Northern District of California, the defendant,

3 | ALFONSO GUTIERREZ,

4 | did knowingly possess a firearm, as defined in Title 26, United States Code, Section 5845(a), to

5 | wit, a Remington model 1100, 12 gauge shotgun, serial number N915950V, modified so as to

6 | have a barrel of less than 18 inches in length, which firearm was not registered to him in the

7 | National Firearms Registration and Transfer Record, in violation of Title 26, United States Code,

8 | Section 5861(d).

9 | COUNT THREE:   (18 U.S.C. § 924(d)(1) - Forfeiture Allegation)

10 | The allegations contained in Counts 1 and 2 of this Indictment are realleged and incorporated

11 | herein.

12 | Upon a conviction for the offenses alleged in Counts 1 and 2, above, defendant

13 | ALFONSO GUTIERREZ,

14 | shall forfeit to the United States any firearm and ammunition involved in or used in any knowing

15 | violation of said offense, including, but not limited to the following property:

16 | (a) a Remington model 870, 12 gauge shotgun, serial number 333514V, with a 12 3/4 inch

17 |     barrel, and

18 | (b) a Remington model 1100, 12 gauge shotgun, serial number N915950V, with a 10 ½ inch

19 |     barrel.

20 | All in violation of Title 18, United States Code, Section 924(d)(1).

21 | DATED: 8/15/07                                          A TRUE BILL.

22 |

23 |                                                          /s/ Ramona L. Wilk
                                                              FOREPERSON

24 | SCOTT N. SCHOOLS
     United States Attorney

25 |

26 | DAVID R. CALLAWAY
     Deputy Chief, San Jose Branch Office

27 |

28 | (Approved as to form: /s/ Benjamin T. Kennedy )
                           SAUSA B. KENNEDY

INDICTMENT

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG 15 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

### OFFENSE CHARGED

Title 26, U.S.C. § 5861(d) - Possession of an Unregistered Firearm

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
10 years imprisonment
$10,000 fine
3 years supervised release
$100 mandatory assessment fee

E-FILING

**DEFENDANT - U.S.**
► ALFONSO GUTIERREZ

**DISTRICT COURT NUMBER**
CR 07 00543 RMW

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ► Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ► Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
Micah Wellman, ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM** — SCOTT N. SCHOOLS
☒ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)** BENJAMIN KENNEDY

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: