**\*E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** October 29, 2007          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00543-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- ALFONSO GUTIERREZ
          **APPEARANCES:**                    (P)

**PLTF:** AUSA: B. Kennedy          **DEFT:** L. Vinnard

**COURT ACTION: STATUS HEARING**

**Hearing Held. The defense advised the Court that they need additional time to investigate the case. The Court continued this matter to 12/17/07 @ 9:00 am for Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 12/17/07. Government to prepare exclusion order.**

                              */s/ Jackie Garcia*
                                 **JACKIE GARCIA**
                                **Courtroom Deputy**