1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant GUTIERREZ

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              SAN JOSE DIVISION

10 UNITED STATES OF AMERICA,           )   No. CR 07-00543 RMW
                                       )
11              Plaintiff,             )   **STIPULATION TO CONTINUE**
                                       )   **HEARING AND EXCLUDE TIME;**
12 v.                                  )   **[PROPOSED] ORDER**
                                       )
13 ALFONSO GUTIERREZ,                  )
                                       )
14              Defendant.             )
   _____)
15

16         Defendant and the government, through their respective counsel, hereby stipulate that,

17 subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

18 Monday, December 17, 2007, should be continued to Monday, January 21, 2008.   The

19 continuance is being requested because the government and the defense require additional time to

20 work out the terms of an anticipated resolution.  In addition, the defense requires time for further

21 investigation and preparation, including meeting with Mr. Gutierrez to discuss the possible

22 resolution.

23         The parties further agree that time should be excluded under the Speedy Trial Act from

24 December 17, 2007, to January 21, 2008, because the government and defense are close to a

25 resolution, the defense requires additional time for investigation and preparation, and the ends of

26 justice outweigh the defendant's and the public's need for a speedy trial.

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 07-00543 RMW                             1

Dated: 12/6/07        _____/s/_____
                      LARA S. VINNARD
                      Assistant Federal Public Defender

Dated: 12/7/07        _____/s/_____
                      BENJAMIN KENNEDY
                      Assistant United States Attorney

## ORDER

The parties have jointly requested a continuance of the hearing set for Monday, December 17, 2007, on grounds that the parties are working out the terms of a resolution, and the defense requires additional time for investigation and preparation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for December 17, 2007, be continued to January 21, 2008, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from December 17, 2007 to January 21, 2008, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:                _____
                      RONALD M. WHYTE
                      United States District Judge