1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant GUTIERREZ

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                   SAN JOSE DIVISION        *E-FILED - 12/14/07*

10 | UNITED STATES OF AMERICA,        )   No. CR 07-00543 RMW
                                      )
11 |           Plaintiff,             )   **STIPULATION TO CONTINUE**
                                      )   **HEARING AND EXCLUDE TIME;**
12 | v.                               )   **[] ORDER**
                                      )
13 | ALFONSO GUTIERREZ,               )
                                      )
14 |           Defendant.             )
   |_____)
15
        Defendant and the government, through their respective counsel, hereby stipulate that,
16
   subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for
17
   Monday, December 17, 2007, should be continued to Tuesday, January 22, 2008.   The
18
   continuance is being requested because the government and the defense require additional time to
19
   work out the terms of an anticipated resolution.  In addition, the defense requires time for further
20
   investigation and preparation, including meeting with Mr. Gutierrez to discuss the possible
21
   resolution.
22
        The parties further agree that time should be excluded under the Speedy Trial Act from
23
   December 17, 2007, to January 22, 2008, because the government and defense are close to a
24
   resolution, the defense requires additional time for investigation and preparation, and the ends of
25
   justice outweigh the defendant's and the public's need for a speedy trial.
26

   STIPULATION TO CONTINUE
   HEARING DATE; [] ORDER
   No. CR 07-00543 RMW                       1

1

2  Dated: 12/6/07                                            _____/s/_____
                                                              LARA S. VINNARD
3                                                             Assistant Federal Public Defender

4  Dated: 12/7/07                                            _____/s/_____
                                                              BENJAMIN KENNEDY
5                                                             Assistant United States Attorney

6

7                                            **ORDER**

   The parties have jointly requested a continuance of the hearing set for Monday, December
8
   17, 2007, on grounds that the parties are working out the terms of a resolution, and the defense
9
   requires additional time for investigation and preparation.
10
   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
11
   presently set for December 17, 2007, be continued to January 22, 2008, at 9:00 a.m.
12
   Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time
13
   from December 17, 2007 to January 22, 2008, shall be excluded from the period of time within
14
   which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.
15

16
   Dated: 12/14/07                                           _Ronald M. Whyte_____
17                                                            RONALD M. WHYTE
                                                              United States District Judge
18

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE
HEARING DATE; [] ORDER
No. CR 07-00543 RMW                                    2