1 | BARRY J. PORTMAN
Federal Public Defender
2 | LARA S. VINNARD
Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4 | Telephone:  (408) 291-7753

5 | Counsel for Defendant GUTIERREZ

*E-FILED - 1/25/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-00543 RMW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [] ORDER** |
| v. | ) | |
| ALFONSO GUTIERREZ, | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Tuesday, January 22, 2008, should be continued to Monday, February 11, 2008, at 9:00 a.m. The continuance is being requested because the government and the defense require additional time to work out the terms of an anticipated resolution.  In addition, once the defense receives the government's settlement proposal, the defense will require time to meet with Mr. Gutierrez to discuss the possible resolution.

The parties further agree that time should be excluded under the Speedy Trial Act from Tuesday, January 22, 2008, to Monday, February 11, 2008, because the government and defense are close to a resolution, the defense requires additional time for investigation and preparation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated: 1/17/08

_____/s/_____
LARA S. VINNARD
Assistant Federal Public Defender

Dated:

_____
BENJAMIN KENNEDY
Assistant United States Attorney

### ORDER

The parties have jointly requested a continuance of the hearing set for Tuesday, January 22, 2008, on grounds that the parties are working out the terms of a resolution, and the defense requires additional time for investigation and preparation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Tuesday, January 22, 2008, be continued to Monday, February 11, 2008, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from January 22, 2008 to February 11, 2008, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: 1/25/08

*Ronald M. Whyte*_____
RONALD M. WHYTE
United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; [] ORDER
No. CR 07-00543 RMW                              2