***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte        **REPORTER:** Gina Colin

**DATE:** February 11, 2008        **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00543-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- ALFONSO GUTIERREZ
  **APPEARANCES:**                                    (P)

**PLTF:** AUSA: B. Kennedy        **DEFT:** L. Vinnard

**COURT ACTION: DISPOSITION**

Hearing Held.  The defendant plead guilty to Count 1 and 2 of the Indictment.  Also, the defendant agrees to forfeite the two shotguns listed in the Indictment.   A Plea Agreement was executed in open court.  Defendant has been extended an offer of pretrial diversion. Sentencing will be deferred for a period of 2 years. The Court set a Status Hearing of 8/11/08 @ 9:00 am.  The defendant shall remain on the  same conditions of release pending sentencing.

              /s/ Jackie Garcia
                 **JACKIE GARCIA**
              **Courtroom Deputy**