PROPOSED ORDER/COVER SHEET

TO:     Honorable Richard Seeborg            RE:     Alfonso Gutierrez
        U.S. Magistrate Judge

FROM:   Claudette M. Silvera, Chief          DOCKET NO.:   CR07-00543 RMW
        U.S. Pretrial Services Officer

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony Granados                             (408) 535-5223
U.S. Pretrial Services Officer               TELEPHONE NUMBER

FILED
APR 22 2008

RE:     MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

DATE:   April 18, 2008

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
    Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

    A. **The defendant shall submit to electronic monitoring with a curfew as directed by Pretrial Services**

    B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ] Other Instructions:

_____                    4/21/08
JUDICIAL OFFICER                             DATE

Cover Sheet (03/26/08)