## COVER SHEET

TO: Honorable Ronald M. Whyte
U.S. District Judge

RE: Alfonso Gutierrez

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO.: CR07-0543RWM

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Anthony Granados
U.S. Pretrial Services Officer

(408) 535-5223
TELEPHONE NUMBER

RE: 60 DAY SUPERVISION STATUS UPDATE FOR DEFENDANT ON ELECTRONIC MONITORING

DATE: April 18, 2008

The U.S. Pretrial Services Agency provides the releasing U.S. Magistrate Judge a supervision status update every 60 days for each defendant released with a condition of electronic monitoring (including GPS). The attached memorandum is being provided to Your Honor for informational purposes only. Please indicate below if Your Honor does not wish to receive a copy of future updates. Thank you.

☐ I do not wish to receive any future 60 Day Supervision Status Updates for this defendant.

☐ I do not wish to receive 60 Day Supervision Status Updates for any defendant.

☒ Other Instructions:

_I do wish to receive such reports_

_R. M. Whyte_
JUDICIAL OFFICER

_4/26/08_
DATE

Cover Sheet-B (04/16/08)