JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

CHAD M. MANDELL (ILBN 6286783)
Special Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5059
Facsimile: (408) 535-5066
E-mail: chad.mandell@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALFONSO GUTIERREZ,<br><br>　　　　Defendant. | No. CR 07-00543 RS<br><br>SUBSTITUTION OF ATTORNEY |

Please take notice that as of, June 2, 2008, the Assistant U.S. Attorney whose name, address, telephone number and email address are listed below was assigned to be counsel for the government.

　　　　Special Assistant U.S. Attorney Chad M. Mandell
　　　　150 Almaden Blvd., Suite 900
　　　　San Jose, CA   95113
　　　　Telephone: (408) 535-5059
　　　　Email: chad.mandell@usdoj.gov

DATED: June 6, 2008　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　JOSEPH P. RUSSONIELLO
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　CHAD M. MANDELL
　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney