PROPOSED ORDER/COVER SHEET

TO:    Honorable Richard Seeborg              RE:    Alfonso Gutierrez
       U.S. Magistrate Judge

FROM:  Richard W. Wieking, Acting Chief       DOCKET NO.:   CR07-00543 RMW
       U.S. Pretrial Services Officer

DATE:  July 22, 2008

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony Granados                              (408) 535-5223
U.S. Pretrial Services Officer                TELEPHONE NUMBER

RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
  Magistrate Judge_____  Presiding District Court Judge_____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

A. **The defendant will submit to electronic monitoring with the following schedule: he may leave his home for lawful activity that does not conflict with his other release conditions from 6am to 6pm Monday - Friday and 6am to 3pm on Saturday and Sundays. All other leave must be approved in advance by Pretrial Services.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____            7/22/08
JUDICIAL OFFICER                          DATE

FILED
JUL 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Cover Sheet (03/26/08)