***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Summer Clanton

**DATE:** August 11, 2008          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00543-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- ALFONSO GUTIERREZ
      APPEARANCES:              (P)

**PLTF:** AUSA: C. Mandell          **DEFT:** L. Vinnard

**COURT ACTION:** STATUS HEARING RE: PRETRIAL DIVERSION

**Hearing Held. There was a modification to defendant's pretrial release. The parties report that the defendant has been compliant and doing well on release. To continue monitoring the case, the Court set a Status Hearing for 2/9/09 @ 9:00 AM.**

           */s/ Jackie Garcia*
              **JACKIE GARCIA**
              **Courtroom Deputy**