1   BARRY J. PORTMAN
    Federal Public Defender
2   LARA S. VINNARD
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA 95113
4   Telephone: (408) 291-7753

5   Counsel for Defendant GUTIERREZ



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-00543 RMW / RS |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO MODIFY** |
| | ) | **CONDITIONS OF RELEASE;** |
| v. | ) | [PROPOSED] ORDER |
| | ) | |
| ALFONSO GUTIERREZ, | ) | Hon. Richard Seeborg |
| Defendant. | ) | |

    Defendant Alfonso Gutierrez is presently subject to electronic monitoring with a curfew allowing him to leave his residence between 6 a.m. and 6 p.m. on Saturday and Sunday, and 8 a.m. to 9 p.m. on Monday through Friday.[1]  Mr. Gutierrez has now been working roughly full time at Marshals for approximately two months, and is in compliance with all conditions.  His final court date before Judge Whyte with respect to pre-sentence diversion is February 8, 2009.

    In light of Mr. Gutierrez's employment and compliance with conditions, Pretrial Services Officer Anthony Granados has advised the defense and the government that he believes it is appropriate at this time to modify Mr. Gutierrez's curfew to permit him to leave his residence between 6 a.m. and 9 p.m. daily.  Assistant U.S. Attorney Chad Mandell does not object, and

---

[1] Pretrial Services' recent status memo to the Court indicated that Mr. Gutierrez's leave time begins at 8 p.m. However, defense counsel has clarified with Officer Granados that Mr. Gutierrez's leave time actually begins at 6 a.m.

STIPULATION TO MODIFY CONDITIONS;
[PROPOSED] ORDER
No. CR 07-00543 RMW / RS         1

1  stipulates to the proposed modification as set forth below.  Should the Court permit the

2  modification, a proposed order is submitted herewith.

3  Dated: 8/19/09                                    /s/
                                                     LARA S. VINNARD
4                                                    Assistant Federal Public Defender

5  Dated: 8/19/09                                    /s/
                                                     CHAD MANDELL
6                                                    Assistant United States Attorney

7
                                    **ORDER**
8

9       The Court is informed that Pretrial Services has proposed a modification to Mr.

10 Gutierrez's curfew, based on his employment and his compliance with conditions, to allow him

11 to leave his residence between 6 a.m. and 9 p.m. daily.  The parties have stipulated to the

12 proposed modification.

13      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Alfonso

14 Gutierrez's curfew be modified to permit him to leave his residence for lawful purposes between

15 6 a.m. to 9 p.m. daily.

16      IT IS SO ORDERED.

17 Dated: 8/20/09                                    _____
                                                     RICHARD SEEBORG
18                                                   United States Magistrate Judge

19

20

21

22

23

24

25

26

STIPULATION TO MODIFY CONDITIONS;
[PROPOSED] ORDER
No. CR 07-00543 RMW / RS                    2