| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | STEVEN E. SEITZ (NYSBN 4408415)<br>Special Assistant United States Attorney |

FILED
FEB 10 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE CALIFORNIA

150 South Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5080
Facsimile: (408) 535-5081
steven.seitz@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00543-RMW |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF DISMISSAL<br>& ORDER |
| ALFONSO GUTIERREZ, | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses counts one and two of the above indictmenet without prejudice as to defendant ALFONSO GUTIERREZ.

DATED:     2/8/10

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
STEVEN E. SEITZ
Special Assistant United States Attorney

NOTICE OF DISMISSAL - CR 07-00543-RMW

Leave of Court is granted to the government to dismiss counts one and two of that indictment without prejudice as to defendant Alfonso Gutierrez.

Date: 2/9/10

*Ronald M. Whyte* (signature)

RONALD WHYTE
United States District Judge

NOTICE OF DISMISSAL - CR 07-00543-RMW2