BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant GUTIERREZ

**FILED**
FEB 10 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00543 RMW |
| Plaintiff, ) | **DEFENDANT'S MOTION TO EXONERATE BOND; [PROPOSED] ORDER** |
| v. ) | |
| ALFONSO GUTIERREZ, ) | |
| Defendant. ) | |

On Monday, February 8, 2010, pursuant to the parties' plea agreement in this matter, pending charges against Defendant Alfonso Gutierrez were dismissed. Presently, Mr. Gutierrez is released on bond following the posting of $10,000 cash by sureties. In light of the dismissal of the charges, the defense respectfully requests that the Court exonerate the bond in this matter and direct the Clerk of the Court to return the posted funds to the sureties.

Dated: 2/8/10

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/s/ Lara Vinnard

LARA S. VINNARD
Assistant Federal Public Defender

DEFENDANT'S MOTION TO
EXONERATE BOND; [PROPOSED] ORDER
No. CR 07-00543 RMW                                    1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-00543 RMW |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER EXONERATING BOND |
| v. | ) | |
| ALFONSO GUTIERREZ, | ) | |
| Defendant. | ) | |

The charges in the above-captioned matter having been dismissed, and GOOD CAUSE APPEARING, the Court HEREBY ORDERS that the bond in this matter is exonerated. Funds posted by the sureties may be returned to the sureties by the Clerk of the Court.

IT IS SO ORDERED.

Dated: 2/8/2 010

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

DEFENDANT'S MOTION TO
EXONERATE BOND; [PROPOSED] ORDER
No. CR 07-00543 RMW                                         2